

FILED IN COURT OF APPEALS
12th Court of Appeals District

SEP 17 2015

TYLER TEXAS
PAM ESTES, CLERK

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS  FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**9/16/2015**                                                          **COA No. 12-13-00260-cr**
**Hernandez, Oscar**            **Tr. Ct. No. 17,690**                **PD-0736-15**
The appellant's pro se petition for discretionary review has this day been received
and filed.

Abel Acosta, Clerk

12TH COURT OF APPEALS  CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX  75701
* DELIVERED VIA E-MAIL *